IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KRUUZ FINCH, as the Guardian and Representative of Lamar Hough,   )<br>)<br>)<br>)<br>)<br>    Plaintiff,   )<br>)<br>    v.   )<br>)<br>GENERAL MOTORS LLC, and RONALD GOSHAY, d/b/a Ron's Automotive,   )<br>)<br>)<br>)<br>    Defendants.   ) | CIVIL ACTION NO.<br>2:17cv542-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff, a citizen of Alabama, filed this lawsuit in Alabama state court bringing claims for products liability, negligence, and wantonness against two defendants, one of whom is also a citizen of Alabama. The out-of-state defendant removed the case to this court, but after plaintiff moved to remand the case, acceded to the remand motion. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's remand

**motion be granted and that the case be remanded to state court for lack of subject-matter jurisdiction. There are no objections to the magistrate judge's recommendation. Upon an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.**

***

**Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:**

**(1) The magistrate judge's recommendation (doc. no. 14) is adopted.**

**(2) Plaintiff's motion to remand (doc. no. 10) is granted.**

**(3) This cause is remanded to the Circuit Court of Bullock County, Alabama.**

**(4) The pending motion to dismiss (doc. no. 3) is left pending for resolution by the state court.**

**The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

This case is closed in this court.

DONE, this the 13th day of October, 2017.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**